**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**



FILED
CLERK, U.S. DISTRICT COURT

5/9/2025

CENTRAL DISTRICT OF CALIFORNIA
BY: ___MMC___ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　　　　PLAINTIFF<br><br>　　　　v.<br><br>JINGLIANG SU,<br>　aka "James,"<br><br>　　　　　　　　DEFENDANT(S) | CASE NUMBER<br><br>CR No.   2:25-CR-00362-MRA<br><br>**NOTICE TO COURT OF**<br>**RELATED CRIMINAL CASE**<br><br>(PURSUANT TO GENERAL ORDER 224 AS AMENDED BY GENERAL ORDER 98-04) |

　　Plaintiff United States of America hereby informs the Court that the above-entitled criminal case may be related to U.S. v. Lu Zhang, et al., 2:23-CR-596-RGK; U.S. v. Daren Li, et al., 2:24-CR-311-RGK; U.S. v. Jose Somarriba, 2:25-CR-181-RGK; U.S. v. Shengsheng He, 2:25-CR-175-RGK, which:

　　__X__　were previously assigned to the Honorable R. Gary Klausner;

　　_____　have not been previously assigned.

The above-entitled cases may be related for the following reasons:

　　__X__　the cases arise out of the same conspiracy, common scheme, transaction, series of transactions or events;

　　_____　the cases involve one or more defendants in common and would entail substantial duplication of labor in pretrial, trial or sentencing proceedings if heard by different judges.

　　Additional explanation (if any):

Dated: May 9, 2025

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　NISHA CHANDRAN
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney