UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CRIMINAL MINUTES – GENERAL**

| | |
|---|---|
| Case No.   2:25-cr-00362-RGK | Date   6/9/2025 |

Present:   The Honorable <u>R. GARY KLAUSNER, United States District Judge</u>

Interpreter:   <u>Yanyan Liu (Mandarin Language Interpreter)</u>

| Joseph Remigio | Marea Woolrich | Maxwell Coll |
|---|---|---|
| *Deputy Clerk* | *Court Reporter* | *Assistant U.S. Attorney* |

| **USA v. DEFENDANT(S) PRESENT**: | **ATTORNEYS PRESENT FOR DEFENDANT(S)**: |
|---|---|
| 1. Jingliang Su, Custody<br>REG 13951-506 | 1. Jonathan Perliss, Retained |

**PROCEEDINGS:   GUILTY PLEA**

X   Defendant moves to enter plea to the  <u>Information</u> .

X   Defendant sworn.

X   Defendant enters a plea of GUILTY to the <u>1</u>.

X   The Court questions the defendant regarding plea of GUILTY and FINDS that a factual basis has been laid and further FINDS the plea is knowledgeable and voluntarily made. The Court ORDERS the plea accepted and entered.

X   The Court refers the defendant to the Probation Office for investigation and and the matter is continued to Monday, <u>November 17, 2025 at 10:00 AM</u> for sentencing. The Probation Officer is hereby directed to disclose the Presentence Report on or before <u>10/17/2025</u>.

X   Position papers are due 14 days before sentencing. Responsive documents are due 7 days before sentencing.

X   The Court vacates the <u>n/a</u> trial date as to this defendant.

:16
Initials of Deputy Clerk: jre

cc: USPO