# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Click here to enter Plaintiff(s). **United States** <br> v. <br> Plaintiff(s) <br><br> Click here to enter Defendant(s). **Jingliang Su** <br> Defendant(s). | CASE NUMBER <br> 2:25-cr-00362-RGK <br><br> ~~(PROPOSED)~~ ORDER ON REQUEST FOR APPROVAL OF SUBSTITUTION OR WITHDRAWAL OF ATTORNEY [36] |

☐ The Court hereby orders that the request of:

_Jingliang Su_ ☐Plaintiff ☑Defendant ☐Other
Name of Party

☑ to substitute _Jonathon Perliss_ who is
☑ Retained Counsel ☐ Counsel appointed by the Court (Criminal cases only) ☐ Pro Se

_201 S. Mission Dr._
Street Address

_San Gabriel, CA 91776_          _sperliss@gmail.com_
City, State, Zip                                     E-Mail Address

_626-300-8688_                                    _332928_
Telephone Number          Fax Number          State Bar Number

As attorney of record instead of  _Lisa Liu_
List **all** attorneys from same firm or agency who are withdrawing.

**Is hereby** ☐ **GRANTED** ☐ **DENIED**

☒ The Court hereby orders that the request of:  _Jingliang Su_

List **all** attorneys from same firm or agency who are withdrawing.
_Lisa Zhao Liu_

to withdraw as attorney of record for  _Jingliang Su_

**Is hereby** ☒ **GRANTED** ☐ **DENIED**

The clerk is hereby ordered to terminate Notices of Electronic Filing for the withdrawing/substituting attorney(s) in this case.

Dated: **6/13/2025**                    _Gary Klausner_
U.S. District Judge/~~U.S. Magistrate Judge~~